# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.
_____

LOWELL BLOOMQUIST,

    Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

---

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
### (Unlawful Debt Collection Practices)

---

### PLAINTIFF'S COMPLAINT

Plaintiff, LOWELL BLOOMQUIST (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

3. Defendant conducts business in the state of Colorado, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

## PARTIES

5. Plaintiff is a natural person residing in Clifton, Mesa County, Colorado.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in Norfolk, Norfolk City County, Virginia.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Beginning on November 30, 2010, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant repeatedly placed collection calls to Plaintiff 2-3 times a day. (See Plaintiff's call log attached as Exhibit A).

12. Defendant contacted Plaintiff from 412-282-1430, 407-347-4014, 757-961-3544, 440-580-0720, 205-588-8181, and 847-994-2550.

13. On January 6, 2011, Defendant sent a letter to Plaintiff stating that his account was selected for Legal Review. (See Defendant's letter attached as Exhibit "B").

14. The January 6, 2011 letter stated that [Plaintiff's] account has been transferred to the Litigation Department.

15. The January 6, 2011 letter stated in bold: **Portfolio Recovery Associates wants to help you resole this account and avoid potential legal action!**

16. The January 6, 2011, letter stated "if you do not resolve this account and legal action is take against you, a judgment may ultimately be obtained . . ."

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

    d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff even

though Defendant does not intend to do so.

e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by placing 2-3 collection calls to Plaintiff seeking and demanding payment for an alleged debt.

WHEREFORE, Plaintiff, LOWELL BLOOMQUIST, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, LOWELL BLOOMQUIST, requests a jury trial in this case.

DATED:  March 17, 2011                    KROHN & MOSS, LTD.

                                By: /s/Michael S. Agruss
                                    Michael S. Agruss
                                    Krohn & Moss, Ltd.
                                    10474 Santa Monica Blvd., Suite 401
                                    Los Angeles, CA 90025
                                    Tel: 323-988-2400 x235
                                    Fax: 866-583-3695
                                    magruss@consumerlawcenter.com
                                    Attorneys for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

Plaintiff, LOWELL BLOOMQUIST, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LOWELL BLOOMQUIST, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 3/17/2011

_Lowell Bloomquist_
LOWELL BLOOMQUIST

# EXHIBIT A

# Lowell Bloomquist
## vs.
## Portfolio Recovery

| Time | Number | Date |
|---|---|---|
| 8:07 AM | 205-588-8181 | 11/30 |
| 8:47 AM | 412-282-1420 | 12/1 |
| 8:04 AM | 407-347-4014 | 12/1 |
| 8:13 | 412-282-1420 | 12/2 |
| 8:04 | 757-961-3544 | 12/7 |
| 5:18 PM | 757-961-3544 | 12/7 |
| 9:03 AM | 757-961-3544 | 12/8 |
| 4:27 PM | 757-961-3544 | 12/8 |
| 9:05 AM | 412-282-1430 | 12/9 |
| 7:57 PM | 440-580-0720 | 12/9 |
| 5:37 PM | 440-580-0720 | 12/10 |
| 1:03 PM | 404-592-5671 | 12/12 |
| 4:06 PM | 205-588-8181 | 12/13 |
| 7:58 PM | 205-588-8181 | 12/13 |
| 3:45 PM | 205-588-8181 | 12/14 |
| 8:02 PM | 407-347-4014 | 12/14 |
| 8:22 AM | 407-347-4014 | 12/15 |
| 7:59 PM | 412-282-1420 | 12/15 |
| 8:44 AM | 440-580-0720 | 12/16 |
| 8:03 AM | 407-347-4014 | 12/17 |
| 8:45 AM | 412-282-1420 | 12/17 |
| 3:35 PM | 205-588-8181 | 12/17 |
| 2:50 PM | 412-282-1420 | 12/18 |
| 8:03 AM | 440-580-0720 | 12/20 |
| 11:20 AM | 757-961-3544 | 12/20 |
| 8:45 PM | 407-347-4014 | 12/20 |
| 8:03 PM | 847-994-2550 | 2/16 |
| 2:50 PM | 847-994-2550 | 2/16 |
| 9:26 AM | 847-994-2550 | 2/16 |
| 6:19 PM | 847-994-2550 | 2/15 |
| 11:15 PM | 847-994-2550 | 2/15 |
| 8:45 PM | 847-994-2550 | 2/15 |
| 3:15 PM | 847-994-2550 | 2/14 |
| 12:46 PM | 847-994-2550 | 2/14 |
| 8:10 PM | 847-994-2550 | 2/11 |
| 2:35 PM | 847-994-2550 | 2/11 |
| 8:03 AM | 847-994-2550 | 2/11 |
| 7:45 PM | 847-994-2550 | 2/12 |
| 12:40 PM | 847-994-2550 | 2/10 |
| 9:04 AM | 847-994-2550 | 2/10 |
| 7:58 PM | 847-994-2550 | 2/09 |
| 1:40 PM | 847-994-2550 | 2/09 |
| 8:35 PM | 847-994-2550 | 2/08 |
| 5:57 PM | 847-994-2550 | 2/08 |
| 12:35 PM | 847-994-2550 | 2/08 |

There were calls in January but wife forgot to list them while I was out of town.

Lowell

Lowell Bloomquist vs. Portfolio Recovery

| Time | Number | Date |
|---|---|---|
| 6:48 pm | 847-984-2555 | 2/18 |
| 6:04 pm | 847-994-2550 | 2/21 |
| 8:15 am | 847-994-2553 | 2/22 |
| 2:05 pm | 847-994-2553 | 2/22 |
| 5:46 pm | 847-994-2553 | 2/22 |
| 9:32 am | 847-994-2555 | 2/23 |
| 6:33 pm | 847-994-2555 | 2/23 |
| 8:24 pm | 847-994-2555 | 2/23 |
| 8:54 am | 847-994-2557 | 2/24 |
| 1:00 pm | 847-994-2557 | 2/24 |
| 7:48 pm | 847-994-2557 | 2/24 |
| 8:09 am | 847-994-2545 | 2/25 |
| 10:15 am | 847-994-2555 | 2/28 |
| 5:34 pm | 847-994-2555 | 2/28 |
| 8:03 am | 847-994-2550 | 3/1 |
| 5:28 pm | 847-994-2550 | 3/1 |
| 8:51 am | 847-994-2553 | 3/2 |
| 3:50 pm | 847-994-2553 | 3/2 |
| 7:50 pm | 847-994-2553 | 3/2 |
| 8:40 am | 847-994-2555 | 3/3 |
| 1:28 pm | 847-994-2555 | 3/3 |
| 8:33 am | 847-994-2557 | 3/4 |
| 4:22 pm | 847-994-2557 | 3/4 |
| 6:50 pm | 847-994-2555 | 3/4 |
| 1:19 pm | 847-994-2550 | 3/6 |
| 2:33 pm | 847-994-2553 | 3/7 |

# EXHIBIT B

PRA001X-0106-113404711 1883

**Portfolio Recovery Associates, LLC**
We're giving debt collection a good name.

January 6, 2011
HSBC BANK NEVADA N.A.
ORCHARD BANK
Account/Reference No.: 4663090012478328
Balance: $1,794.16

## Account Selected for Legal Review

Your account has been transferred to the Litigation Department. At this time, no attorney within the Litigation Department has personally reviewed the particular circumstances of your account.

*Portfolio Recovery Associates wants to help you resolve this account and avoid potential legal action!*

Your account qualifies for our settlement program. Here are three options for you to choose from:

| Single Payment Settlement | 6 Month Settlement Plan | 12 Month Settlement Plan |
|---|---|---|
| • Save **$538.25 off** the balance<br>• Pay **$1,255.91** | • Save **$448.54 off** the balance<br>• Pay **$224.27** per month for the next 6 months | • Save **$358.84 off** the balance<br>• Pay **$119.61** per month for the next 12 months |

*Your first payment must be received in our office no later than 02/22/2011. Your account will be considered "Settled in Full" once we post your final payment.*

Benefits of settling this account by one of the plans as described above:
- Your debt on this account will be resolved
- You will avoid potential legal action
- All collection activities on this account will cease
- If our company is reporting this account to the three major credit reporting agencies, we will request that our company's trade line be updated to reflect that this account is now settled.

However, if you do not resolve this account and legal action is taken against you, a judgment may ultimately be obtained and our local attorney may take any action that is legally available in your state to collect this debt to enforce any such judgment against you as permitted by state law.

Please contact our office no later than **02/22/2011** by calling during our business hours to discuss how we can work together to resolve this account. We reserve the right to withdraw or modify this offer at a later date if no payments or payment arrangements are made by **02/22/2011**.

**Various Payment Options Available Including:**

| Call ☎ | Mail: ✉ |
|---|---|
| Call Toll-Free at **1-866-428-8102** to:<br>• Discuss payment arrangements<br>• Authorize automatic withdrawals from your bank account<br>• Complete a credit card* payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>PORTFOLIO RECOVERY ASSOCIATES, LLC.<br>P.O. Box 12903<br>Norfolk VA 23541 |

*See back for information about credit card transaction fees that may be applied by third party vendors

Business Hours: 8AM-9PM Mon Tue Thu Fri; 8AM-11PM Wed, 8 AM to 12 PM Sat., 3 PM to 9 PM Sun.

*We are not obligated to renew this offer.*

**Portfolio Recovery Associates purchased this account on 10/25/2010. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.**

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.
Notice: See Reverse Side for Important Information