# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-1125-REB-MJW

_____

LOWELL BLOOMQUIST,

    Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____

## NOTICE OF SETTLEMENT
_____

NOW COMES the Plaintiff, LOWELL BLOOMQUIST, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: July 6, 2011              KROHN & MOSS, LTD.

By: /s/ Michael Agruss
    Michael Agruss, Esq.
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Ph: (323) 988-2400; Fx: (866) 802-0021
    magruss@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on July 6, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Michael Agruss
      Michael Agruss, Esq.