**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-1125-REB-MJW

LOWELL BLOOMQUIST,

    Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

**NOTICE OF SETTLEMENT**

        LOWELL BLOOMQUIST (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

        RESPECTFULLY SUBMITTED,

DATED: July 28, 2011        KROHN & MOSS, LTD.

        By: /s/ Michael Agruss
        Michael Agruss, Esq.
        Krohn & Moss, Ltd.
        10474 Santa Monica Blvd., Suite 401
        Los Angeles, CA 90025
        Ph: (323) 988-2400; Fx: (866) 802-0021
        magruss@consumerlawcenter.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 28, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on July 28, 2011, I served all counsel of record with a copy of this document by way of FIRST CLASS MAIL to the below address:

Adrienne Rowberry  
Litigation Counsel  
140 Corporate Boulevard  
Office of General Counsel  
Norfolk, VA  23502

           By:  /s/ Michael Agruss  
               Michael Agruss, Esq.

2